# ELECTRONIC RECORD

O79-15
O80-15
O81-15
O82-15

COA # 02-13-00247-CR          OFFENSE: 29.03

STYLE: Charles Camp v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 297th District Court

DATE: 12/11/14          Publish: NO   TC CASE #:   1324667R

## IN THE COURT OF CRIMINAL APPEALS

O79-15
O80-15
O81-15
O82-15

STYLE:   Charles Camp v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED_____          JUDGE: _____

DATE: 04/22/2015 _____          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_____          PUBLISH: _____     DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**